UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER E. BROWN,<br>an individual, | :<br>:<br>: CASE NO.: 3:19-cv-00749-JCH |
| Plaintiff, | :<br>: |
| vs. | :<br>: |
| CAPALBO STONINGTON REALTY LLC,<br>a Connecticut Limited Liability Company, | :<br>:<br>: |
| Defendant. | :<br>: |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: July 12, 2019         Respectfully Submitted,

By:   /s/ Louis I. Mussman
    Louis I. Mussman (ct27484)
    Ku & Mussman, P.A.
    18501 Pines Boulevard
    Suite 209-A
    Pembroke Pines, FL  33029
    Phone:  (305) 891-1322
    Fax:  (305) 891-4512
    E-mail:  louis@kumussman.com

    Ioannis A. Kaloidis, Esq. (ct25510)
    The Kaloidis Law Firm, LLC
    Local Counsel
    580 Watertown Avenue
    Waterbury, CT  06708
    Tel: (203) 597-0010
    Fax: (203) 597-0024
    john@kaloidislaw.com

    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 12th day July 2019, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system and a true and correct copy has been furnished via Email and U.S. Mail to the following:

Thomas J. Capalbo, III, Esq.
tjc3@cchlawoffice.com
Capalbo, Capalbo & Hartford, LLC
The Capalbo Building
67 High Street
Westerly, RI 02891

                                    By   /s/ *Louis I. Mussman*
                                         Louis I. Mussman, Esq.